*A. A. Hammond*, for the state.

*W. Quarles* and *J. H. Bradley*, for the defendant.

---

THE STATE, on the Relation, &c., *v.* HARVEY and Others.—
In error.

IN debt on bond conditioned for the performance of duties, the breaches must, by the act of 1847, be assigned in the declaration. Acts of 1847, p. 112.

Nov. Term,
1847.

But previously to that act, the plaintiff in such suit declared as on a common money bond, and assigned breaches in the replication, or suggested them on the record, as the case required.  *The State* v. *Leonard et al.* 6 Blackf. 173.—*The State* v. *Votaw et al.* May term, 1846.